UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | | |
|---|---|---|
| LISA GILLIAM | ) | |
| | ) | |
| V. | ) | NO. 2:06-CV-111 |
| | ) | |
| LINDA S. McMAHON, | ) | |
| Acting Commissioner of Social Security | ) | |

## REPORT AND RECOMMENDATION

Plaintiff's counsel filed a Motion [Doc. 19] requesting an award of attorney's fees under 28 U.S.C. §2412(d), of the Equal Access to Justice Act ["EAJA"]. The amount of the fee requested in said Motion was $1,560.00. Subsequently, plaintiff and the defendant Commissioner filed a Joint Stipulation [Doc. 23] agreeing to an EAJA fee of $1,300. It is respectfully recommended that the Motion [Doc. 19] be DENIED as no longer being relevant, and that an order enter approving the Joint Stipulation [Doc. 23] for payment of a fee to plaintiff's counsel of $1,300.[1]

Respectfully submitted:

s/ Dennis H. Inman
United States Magistrate Judge

---

[1] Any objections to this report and recommendation must be filed within ten (l0) days of its service or further appeal will be waived. Thomas v. Arn, 474 U.S. 140 (1985); United States v. Walters, 638 F.2d 947-950 (6th Cir. 1981); 28 U.S.C. § 636(b)(1)(B) and (C).